IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MARLIN E. JONES, | ) | 8:15CV432 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| GLEN HAVEN HOME, and DEBORAH CLARK, Executive/Director Glen Haven Home, | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS ORDERED: Leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business. In light of the foregoing, the clerk of the court is directed to terminate the motions for status now pending in this case. (Filing Nos. 6, 7.)

DATED January 29th, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge